# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS D. BRONGIEL & NICHOLE M. BRONGIEL    Case Number: 04-76154
5011 UPLAND DRIVE    SSN-xxx-xx-8268 & xxx-xx-7204
ROCKFORD, IL  61108

Case filed on: 12/13/2004
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $77,265.21    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE | 0.00 | 0.00 | 44,197.62 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 44,197.62 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | LITTON LOAN SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS D. BRONGIEL | 0.00 | 0.00 | 940.21 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 940.21 | 0.00 |
| 003 | NATIONAL CITY MORTGAGE | 6,562.10 | 6,562.10 | 6,562.10 | 0.00 |
| 004 | STILLMAN BANCORP N.A. | 9,700.00 | 7,974.50 | 7,974.50 | 1,458.28 |
|  | Total Secured | 16,262.10 | 14,536.60 | 14,536.60 | 1,458.28 |
| 004 | STILLMAN BANCORP N.A. | 1,247.30 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 3,992.18 | 3,992.18 | 1,707.48 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 485.16 | 485.16 | 207.50 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 535.83 | 535.83 | 229.18 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 4,205.23 | 4,205.23 | 1,798.60 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 2,947.80 | 2,947.80 | 1,260.79 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 1,607.79 | 1,607.79 | 687.66 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 1,393.42 | 1,393.42 | 595.97 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 4,596.40 | 4,596.40 | 1,965.90 | 0.00 |
| 013 | JOHN HEXOM | 6,700.00 | 6,700.00 | 2,865.61 | 0.00 |
|  | Total Unsecured | 27,711.11 | 26,463.81 | 11,318.69 | 0.00 |
|  | Grand Total: | 46,673.21 | 43,700.41 | 73,693.12 | 1,458.28 |

Total Paid Claimant:    $75,151.40
Trustee Allowance:      $2,113.81           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      42.77          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan